# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| In re: | Case No. 6:08-bk-04327-KSJ |
| Mirabilis Ventures, Inc., | Chapter 11 |
| Debtor. | |
| Mirabilis Ventures, Inc., | Adv. Pro. No: |
| Plaintiff, | |
| vs. | |
| O2 HR, LLC, | |
| Defendant. | |

## COMPLAINT

Plaintiff, MIRABILIS VENTURES, INC., a Nevada corporation, ("Mirabilis"), as successor in interest to AEM, Inc., a Florida corporation ("AEM"), by and through undersigned counsel, hereby sues Defendant, O2 HR, LLC, an Illinois limited liability company, ("O2 HR") and alleges:

1. Mirabilis is a Nevada corporation with its principal place of business located in Orange County, Florida.

2. AEM, Inc., a Florida corporation ("AEM"), is a wholly-owned subsidiary of Mirabilis.

3. O2 HR is an Illinois limited liability company with its principal place of business located in Hillsborough County, Florida.

TPADOCS 18480935 1

4. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334. This proceeding is a non-core proceeding pursuant to 28 U.S.C. § 157(b)(4) and Mirabilis consents to entry of final orders or judgment by the bankruptcy judge.

5. Pursuant to 28 U.S.C. § 1391, venue is proper as O2 HR resides in this judicial district and a substantial part of the events or omissions giving rise to the claims contained herein occurred in this judicial district.

6. On or about May 1, 2007, O2 HR and AEM entered into an Asset Purchase Agreement (the "Purchase Agreement"). A true and correct copy of the Purchase Agreement is attached hereto as **Exhibit #1** and incorporated herein by this reference.

7. On or about May 1, 2007, O2 HR and AEM also entered into an Assumption and Assignment Agreement (the "Assignment"). A true and correct copy of the Purchase Agreement is attached hereto as **Exhibit #2** and incorporated herein by this reference.

8. On or about June 1, 2007, O2 HR executed and delivered a Promissory Note to AEM in the amount of $2,235,800.00 (the "Note"). A true and correct copy of the Note is attached hereto as **Exhibit #3** and incorporated herein by this reference.

9. Mirabilis owns the Note and is entitled to enforce the Note under Florida law.

10. O2 HR failed to pay the installment payment due on the Note on June 1, 2007 and Mirabilis has elected to accelerate payment of the balance due on the Note, pursuant to its terms.

11. The principal amount of the indebtedness is $2,235,800.00. As of the date of the filing of this Complaint, O2 HR owes Mirabilis $3,069,355.24, representing principal and interested accrued from default.

12. Mirabilis has retained undersigned counsel to represent it in this lawsuit and such counsel is entitled to a reasonable fee for their services.

TPADOCS 18480935 1

13. All conditions precedent to the institution of this lawsuit have been performed, satisfied, excused, or waived.

WHEREFORE, Mirabilis demands judgment against O2 HR for damages, prejudgment and postjudgment interest, costs, attorney's fees, and such other and further relief as this Court deems proper.

_____
ERIC S. ADAMS
Florida Bar No. 090476
eadams@shutts.com
MICHAEL P. SILVER
Florida Bar No. 868701
msilver@shutts.com
SHUTTS & BOWEN LLP
100 South Ashley Drive, Suite 1500
Tampa, Florida 33602
Telephone: (813) 229-8900
Facsimile: (813) 229-8901
Attorneys for Mirabilis Ventures, Inc.

TPADOCS 18480935 1

- 3 -