# EXHIBIT #2

# ASSUMPTION AND ASSIGNMENT AGREEMENT

THIS ASSUMPTION AND ASSIGNMENT AGREEMENT (this "Assignment") shall be effective as of the 1st day of May, 2007 (the "Effective Date"), by and between **AEM, INC. dba MIRABILIS HR**, a Florida corporation ("Assignor"), located at 4035 W 1st Street, Sanford, Florida 32771, and **O2 HR, LLC**, an Illinois limited liability company (the "Assignee"), located at 5050 W. Lemon Street, Tampa, Florida 33609. Assignor and Assignee each sometimes individually referred to herein as a "Party" and collectively as the "Parties".

## RECITALS:

**WHEREAS,** Assignor and Assignee entered into that certain "Asset Purchase Agreement" dated May 1, 2007 (the "Asset Purchase Agreement"), wherein for good and valuable consideration Assignee agreed to purchase certain Client Service Agreements of Assignor as set forth on **Exhibit A** (collectively the "Purchased Assets"), attached hereto and incorporated herein;

**WHEREAS,** Assignor desires to sell, transfer, convey, and assign, and Assignee has agreed to accept and assume, all rights, title, benefits, privileges, interest, liabilities, obligations and legal entitlements in and to the Purchased Assets from Assignor pursuant to the terms and conditions of the Asset Purchase Agreement;

**NOW, THEREFORE,** in consideration of the foregoing premises, which are incorporated by reference herein and are made part of this agreement, the mutual covenants contained herein, and for other good and valuable consideration, the receipt, adequacy and legal sufficiency of which are hereby acknowledged, the parties agree as follows:

## TERMS AND CONDITIONS

1. The Recitals are true and correct and are a material and integral part of this Assignment and are hereby incorporated by reference.

2. Assignor hereby sells, transfers, conveys, assigns and sets over to Assignee all of Assignor's rights, title, benefits, privileges, interest, liabilities, obligations and legal entitlements in and to the Purchased Assets. Assignor agrees that Assignor shall take all steps that may be required, at Assignee's request, to put Assignee in actual possession, operation, and control of the Purchased Assets to be transferred under this Assignment.

3. Assignee hereby accepts this Assignment, and assumes all of Assignor's rights, title, benefits, privileges, interest, liabilities, obligations and legal entitlements in and to the Purchased Assets.

4. As full and complete consideration for this Assignment, Assignee agrees to pay to Assignor the total amount of TWO MILLION TWO HUNDRED THIRTY-FIVE



THOUSAND EIGHT HUNDRED AND 00/100 DOLLARS ($2,235,800.00) (the "Purchase Price"), pursuant to the terms of the Asset Purchase Agreement. Assignee agrees to observe, perform and fulfill all the terms and conditions of the Purchased Assets to the same extent as if it had been originally named as a party thereto.

5. This Assignment shall be effective as of the Effective Date. Any and all capitalized terms used herein shall have the meanings ascribed thereto in the Asset Purchase Agreement, the terms and conditions of which are incorporated herein and shall be made a part hereof.

6. This Assignment shall inure to the benefit of, and shall be binding upon, the heirs, executors, successors and assigns of Assignor and Assignee.

7. Notwithstanding anything to the contrary herein, any conflict with respect to the terms of this Assignment and the Asset Purchase Agreement, other than with respect to the particulars of the assignment to be provided hereunder, shall be resolved in favor of the Asset Purchase Agreement.

8. No waiver or modification of this Assignment or of any covenant condition, or limitation herein contained, shall be valid unless in writing and duly executed by the party to be charged therewith.

9. This Assignment shall be construed and enforced in accordance with and governed by the laws of the State of Florida, without giving effect to the principles of conflicts of laws.

10. The parties hereto acknowledge that a substantial portion of negotiations, anticipated performance and execution of this Assignment occurred, or shall occur, in Orlando, Florida and that, therefore, each of the parties irrevocably and unconditionally: (i) agrees that any suit, action or legal proceeding arising out of or relating to this Assignment must be brought in Orange County, Florida; (ii) consents to the jurisdiction of such court in any suit, action or proceeding; (iii) waives any objection which it may have to the laying of venue of any such suit, action or proceeding in any of such courts; and (iv) agrees that service of any court paper may be effected on such party by mail, as provided in this Assignment, or in such manner as may be provided under applicable laws or court rules in the State of Florida. THE PARTIES HERETO EXPRESSLY SUBMIT AND CONSENT IN ADVANCE TO SUCH JURISDICTION IN ANY ACTION OR SUIT COMMENCED IN ANY SUCH COURT, AND HEREBY WAIVE ANY OBJECTION WHICH EITHER MAY HAVE BASED UPON LACK OF PERSONAL JURISDICTION, IMPROPER VENUE OR FORUM NON CONVENIENS AND HEREBY CONSENT TO THE GRANTING OF SUCH LEGAL OR EQUITABLE RELIEF AS IS DEEMED APPROPRIATE BY SUCH COURT.

11. In the event any suit or other legal proceeding is brought for the enforcement of any of the provisions of this Assignment, the Parties hereto agree that the prevailing party


Assignor

Assumption and Assignment Agreement AEM/O2HR
Page 2 of 4

Assignee

shall be entitled to recover from the other party, upon final judgment on the merits, reasonable attorneys' fees and costs, including attorney's fees and costs for any appeal, incurred in bringing such suit or proceeding.

**IN WITNESS WHEREOF**, the Parties authorized representatives have executed this Assignment as of on the 4th day of May, 2007.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| **AEM, Inc. dba Mirabilis HR,** a Florida corporation | **O2 HR, LLC,** an Illinois limited liability company |
| Signature: *(signed)* | Signature: *(signed)* |
| By: JODI JAIMAN | By: THOMAS J. BEAN |
| Its: PRESIDENT | Its: Manager |

# EXHIBIT A

## CLIENT SERVICE AGREEMENTS

See attachment.