UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,                    Case No. 6:08-bk-04327-KSJ
                                             Chapter 11
     Debtor.                      /

MIRABILIS VENTURES, INC.,

    Plaintiff,

v.                                           Adversary No. 6:09-ap-00813-KSJ

O2HR, LLC,

    Defendant.                      /

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

    Pursuant to Federal rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for O2HR, LLC, in the above-captioned action, certifies that the following is a corporations(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% of more of any class of the corporation's(s') equity interests:

O2HR, LLC, is owned 100% by Oxygen Unlimited, LLC.  Oxygen Unlimited, LLC, is owned 99% by River Falls Investments, LLC, and 1% by Thomas J. Bean.  River Falls Investments, LLC, is owned 70% by River Falls Holdings, LLC, and 30% by Thomas J. Bean.  River Falls Holdings, LLC, is owned 95% by Sheri Huff and 5% by Steve Pence.

                                                           LAW OFFICES OF
                                                           MICHAEL C. ADDISON, P.A.
                                                           Post Office Box 172535
                                                           Tampa, FL  33672-0535
                                                           Tel:  (813) 223-2000
                                                           Fax:  (813) 228-6000
                                                           Attorneys for O2HR, LLC

                                                           /s/ Michael C. Addison
                                                           Michael C. Addison
                                                           Florida Bar No. 0145579
                                                           m@mcalaw.net

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on July 30, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the persons listed below.

                /s/ Michael C. Addison
                Michael C. Addison

Damien H. Prosser, Esq.
Eric S. Adams, Esq.
Shutts & Bowen, LLP
100 S. Ashley Dr., Suite 15100
Tampa, FL  33602
(813) 229-8900    FAX (813) 229-8901
Attorneys for Mirabilis Ventures, Inc.

s:\clients open\o2hr.mirabilis ventures\pld\corporate ownership infomation 42011.doc