

# SHUTTS & BOWEN LLP

ERIC S. ADAMS
Member Florida Bar
(813) 227-8122 Direct Telephone
(813) 229-8901 Direct Facsimile

E-MAIL ADDRESS:
eadams@shutts.com

September 2, 2009

### VIA FACSIMILE [813-228-6000] AND U.S. MAIL

Michael C. Addison, Esquire
Laura H. Howard, Esquire
Addison & Howard, P.A.
Post Office Box 172535
Tampa, FL 33672-0535

Re: Mirabilis v. 02HR, Case Nos. 6:09-ap-00813 and 6:09-ap-00814

Dear Mike and Laura:

I am in receipt of your client's Answers and Affirmative Defenses in the above-referenced cases. Upon review, I noted that your pleadings contain jury trial demands. Please be advised paragraph 14 of the Promissory Note, attached to the Adversary Pleading Complaint, provides for a waiver of jury trial as follows:

<u>Waiver of Jury Trial</u>. EACH OF THE PARTIES HERETO HEREBY IRREVOCABLY WAIVE ANY AND ALL RIGHT TO TRIAL BY JURY IN ANY LEGAL PROCEEDING ARISING OUT OF OR RELATED TO THIS NOTE OR THE TRANSACTIONS CONTEMPLATED HEREBY.

In accordance with the language of the Promissory Note and governing law, I would ask that you withdraw your demand for jury trial on or before Friday, September 4, 2009. If you do not withdraw by that time, we will file a motion to strike. Please contact if you wish to discuss.

Sincerely,

SHUTTS & BOWEN LLP

Eric S. Adams

ESA/sg



100 South Ashley Drive, Suite 1500, Tampa, Florida 33602 • ph 813.229.8900 • fx 813.229.8901 • www.shutts.com

MIAMI    FORT LAUDERDALE    WEST PALM BEACH    ORLANDO    TAMPA    TALLAHASSEE    AMSTERDAM