**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 6:08-bk-04327-KSJ |
| Mirabilis Ventures, Inc., ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| Mirabilis Ventures, Inc., ) | |
| ) | Adv. Pro. No: 6:09-ap-00813-KSJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| O2 HR, LLC, ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION FOR SELECTION OF MEDIATOR**

Plaintiff, Mirabilis Ventures, Inc., by and through its undersigned counsel, and by the Court's Order Directing Mediation (Dkt. 21), hereby files this Joint Stipulation for Selection of Mediator. The parties have selected James R. Betts, Esquire, 710 S. Boulevard, Tampa, FL 33606-2903 to serve as their agreed upon mediator in this matter.

Respectfully submitted this 24th day of February, 2010.

/s/ Eric S. Adams
**ERIC S. ADAMS**
Florida Bar No. 0090476
eadams@shutts.com
SHUTTS & BOWEN LLP
100 South Ashley Drive, Suite 1500
Tampa, Florida 33602
Telephone: (813) 229-8900
Facsimile: (813) 229-8901
*Attorneys for Mirabilis Ventures, Inc.*

/s/ Michael C. Addison
**MICHAEL C. ADDISON**
Florida Bar No. 145579
m@mcalaw.net
ADDISON & HOWARD, P.A.
Post Office Box 172535
Tampa, FL 33672-0535
Telephone: (813) 223-2000
Facsimile: (813) 228-6000
*Attorneys for O2 HR LLC*