UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,                   Case No. 6:08-bk-04327-KSJ
                                                                  Chapter 11

     Debtor.                       /

MIRABILIS VENTURES, INC.,

    Plaintiff,

v.                                                                          Adversary No. 6:09-ap-00813-KSJ

O2HR, LLC,

     Defendant.                /

## O2HR, LLC'S, RESPONSE TO MOTION FOR SUMMARY JUDGMENT

O2HR, LLC ("**O2HR**"), pursuant to this Court's June 21, 2010. Order, responds to the Motion for Summary Judgment filed by Mirabilis Ventures, Inc. ("**Mirabilis**"). on June 18, 2010.

### Relevant Procedural History

1. On June 30, 2009, Mirabilis filed its Complaint in this adversary proceeding seeking damages for O2HR's alleged breach of a promissory note (the "**AEM Note**").

2. On August 19, 2009, O2HR filed its Answer to the Complaint. However O2HR did not allege any affirmative defenses because the O2HR principals at the time the Complaint was filed were not involved in the execution of the Promissory Note.

3. On June 18, 2010, Mirabilis filed its Motion for Summary Judgment alleging that Mirabilis is entitled to summary judgment as to O2HR's liability under the AEM Note and to attorneys' fees because O2HR has not alleged any affirmative defenses to the Complaint.

4. Discovery has not been completed in this case.

## Memorandum of Law

In this case, issues of fact preclude the entry of summary judgment. In preparing to respond to Mirabilis's Motion for Summary Judgment, O2HR's counsel contacted Thomas Bean ("**Bean**"), O2HR's former president, who left O2HR in March 2009. Bean is the person who negotiated the Asset Purchase Agreement (the "**AEM Agreement**") between O2HR and AEM, Inc. ("**AEM**"), that resulted in O2HR's execution of the AEM Note. Based on the facts regarding the negotiations between O2HR and AEM has learned from Bean, several affirmative defenses exist to Mirabilis's claim under the AEM Note. O2HR realizes that O2HR's current Answer to the Complaint does not contain any affirmative defenses. However, concurrently with the filing of this Response, O2HR has filed a Motion for Leave to Amend its Answer to add affirmative defenses and the Affidavit of Thomas J. Bean ("**Bean**") in opposition to Mirabilis's Motion for Summary Judgment, which clearly creates issues of fact precluding summary judgment in this case. This Court should take into account that strong policy considerations favor the determination of cases on their merits. *Florida Physician's Ins. Co. v. Ehlers*, 8 F.3d 780 (11th Cir. 1993).

Bean's Affidavit shows that AEM made misrepresentations of material fact in connection with the assets being transferred pursuant to the AEM Agreement. Specifically, AEM misrepresented the number of employees subject to the Client Service Agreements being transferred to O2HR, as well as misrepresented that the vast majority of the employees subject to the Client Service Agreements were full time employees. Further, even if AEM had not misrepresented the number of employees subject to the Client Service Agreements to induce

O2HR to enter into the AEM Agreement, AEM breached the AEM Agreement because it failed to transfer all of the assets listed in Exhibit 2.1 of the AEM Agreement.

Accordingly, Bean's Affidavit creates issues of material fact and this Court should deny Mirabilis's Motion for Summary Judgment.

> **ADDISON & HOWARD, P. A.**
> Post Office Box 172535
> Tampa, Florida  33672-0535
> Tel:  (813) 223-2000
> Fax:  (813) 228-6000
> Attorneys for O2HR, LLC
>
> /s/Michael C. Addison
> Michael C. Addison
> Florida Bar No. 145579
> m@mcalaw.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 19, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to Damien H. Prosser, Esq., as listed below.

> /s/Michael C. Addison
> Michael C. Addison

Damien H. Prosser, Esq.
Shutts & Bowen, LLP
100 S. Ashley Dr., Suite 15100
Tampa, FL  33602
(813) 229-8900   FAX (813) 229-8901
Attorneys for Mirabilis Ventures, Inc.

s:\clients open\o2hr.mirabilis adv 813 aem\pld\resp mot for summ judgment 49812.doc