UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,                   Case No. 6:08-bk-04327-KSJ
                                                     Chapter 11
     Debtor.                   /

MIRABILIS VENTURES, INC.,

     Plaintiff,

v.                                                               Adversary No. 6:09-ap-00813-KSJ

O2HR, LLC,

     Defendant.               /

**UNOPPOSED MOTION TO**
**EXTEND TIME TO CONDUCT MEDIATION CONFERENCE**

     O2HR, LLC ("**O2HR**"), moves this Court for the entry of an order continuing the deadline set forth in this Court's Order Directing Mediation. In support of this motion O2HR states as follows:

     1.     By its order dated August 16, 2010, this Court directed the parties to participate in a mediation conference no later than October 20, 2010. (Dkt. 36).

     2.     Although the parties have been engaging in discovery, the parties require additional time to properly prepare for and mediate in good faith in an attempt to resolve all of the remaining issues. There is a large volume of documents that must be reviewed

by the parties before the mediation conference and there is insufficient time to conduct the complete the review before the October 20 deadline.

    3.    O2HR requests an extension of 90 days to allow the parties to participate in a mediation conference.

    4.    O2HR certifies that this request for extension is being made in good faith to promote judicial economy and not for the purposes of delay.

    5.    O2HR has consulted with counsel for Mirabilis Ventures, Inc. ("**Mirabilis**"), and Mirabilis has no objection to this Motion.

WHEREFORE, O2HR respectfully requests that this Court enter an Order granting this motion and directing the parties to participate in a mediation conference no later than January 18, 2011, and extending all of the other deadlines set forth in the Court's August 16, 2010, Order directing mediation.

    **ADDISON & HOWARD, P. A.**
Post Office Box 172535
Tampa, Florida  33672-0535
Tel:  (813) 223-2000
Fax:  (813) 228-6000
Attorneys for O2HR, LLC

/s/ Michael C. Addison
Michael C. Addison
Florida Bar No. 145579
m@mcalaw.net

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on October 13, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to Damien H. Prosser, Esq., as listed below.

                                        /s/ Michael C. Addison
                                        Michael C. Addison

Damien H. Prosser, Esq.
Shutts & Bowen, LLP
100 S. Ashley Dr., Suite 15100
Tampa, FL  33602
(813) 229-8900   FAX (813) 229-8901
Attorneys for Mirabilis Ventures, Inc.

s:\clients open\o2hr.mirabilis adv 813 aem\pld\motion to extend mediation 51491.doc