UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,                         Case No. 6:08-bk-04327-KSJ
                                                  Chapter 11
     Debtor.                              /

MIRABILIS VENTURES, INC.,

     Plaintiff,

v.                                                Adversary No. 6:09-ap-00813-KSJ

O2HR, LLC,

     Defendant.                           /

**MOTION OF ADDISON & HOWARD, P.A., AND MICHAEL C. ADDISON
FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT**

Addison & Howard, P.A., and Michael C. Addison (collectively "**Addison**"), move the Court, for entry of an order permitting them to withdraw as attorneys of record for Defendant, O2HR, LLC ("O2HR"). In support of this motion Addison states:

1. Addison is attorney of record for O2HR.

2. Addison and O2HR have irreconcilable differences that prevent Addison from continuing to represent O2HR in this matter.

3. On January 31, 2011, Addison, through attorney Laura H. Howard, notified O2HR that it would seek leave to withdraw as O2HR's attorney due to irreconcilable differences.

4. O2HR's representative, Brian P. Henderson, has consented to the filing of this motion.

5.     Pursuant to Local Rule 2091-1 O2HR and opposing counsel were served by mail with a proposed Motion for Leave to Withdraw on behalf of Addison on February 2, 2011.

6.     More than 14 days have elapsed since service of the proposed motion for leave to withdraw upon O2HR and opposing counsel.

WHEREFORE, Addison & Howard, P.A., and Michael C. Addison, respectfully request that the Court enter an Order authorizing their withdrawal as attorneys of record for Defendant, O2HR, LLC, and relieving them of all responsibility in this matter.

**ADDISON & HOWARD, P.A.**
Post Office Box 172535
Tampa, FL  33672-0535
Tel:  (813) 223-2000
Fax:  (813) 228-6000
Attorneys for O2HR, LLC

/s/Michael C. Addison
Michael C. Addison
Florida Bar No. 0145579
m@mcalaw.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 17, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to Damien H. Prosser, Esq., and Eric S. Adams, Esq., as listed below, and that a copy of this motion was sent by United States mail to O2HR, LLC.

/s/Michael C. Addison
Michael C. Addison

| | |
|---|---|
| Damien H. Prosser, Esq. | Brian P. Henderson |
| Eric S. Adams, Esq. | O2HR, LLC, Manager |
| Shutts & Bowen, LLP | 5332 Northdale Blvd. |
| 100 S. Ashley Dr., Suite 15100 | Tampa, FL  33624-6731 |
| Tampa, FL  33602 | (813) 494-8883 |
| (813) 229-8900   FAX (813) 229-8901 | |
| Attorneys for Mirabilis Ventures, Inc. | |

s:\clients open\o2hr.mirabilis adv 813 aem\pld\motion to withdraw 54082.doc