# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 6:08-bk-04327-KSJ |
| Mirabilis Ventures, Inc., ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| _____) | |
| Mirabilis Ventures, Inc., ) | |
| ) | Adv. Pro. No: 6:09-ap-00813-KSJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| O2 HR, LLC, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S NOTICE OF FILING

Plaintiff, MIRABILIS VENTURES, INC., by and through its undersigned counsel, hereby gives notice of filing its Affidavit of Fees and Costs, attached hereto as Exhibit "A".

Dated: March 30, 2011.

/s/ Eric S. Adams
ERIC S. ADAMS
Florida Bar No. 0090476
eadams@shutts.com
MICHAEL P. SILVER
Florida Bar No. 0868701
msilver@shutts.com
SHUTTS & BOWEN LLP
100 South Ashley Drive, Suite 1500
Tampa, Florida 33602
Telephone: (813) 229-8900
Facsimile: (813) 229-8901
Attorneys for Mirabilis Ventures, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 30, 2011, a true copy of Plaintiff Mirabilis Ventures, Inc.'s Motion for Default Final Judgment has been furnished by either electronic mail and/or U.S. first-class mail, postage pre-paid, to:

O2 HR, LLC
c/o CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

Judson B. Wagenseller, Esq.
11921 Brinley Ave., Suite 203
Louisville, KY  40243

/s/ Eric S. Adams
ERIC S. ADAMS, ESQUIRE

TPADOCS 18881586 1

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 6:08-bk-04327-KSJ |
| Mirabilis Ventures, Inc., ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| _____ ) | |
| Mirabilis Ventures, Inc., ) | |
| ) | Adv. Pro. No: 6:09-ap-00814-KSJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| O2 HR, LLC, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF FEES AND COSTS

STATE OF FLORIDA       §
                       §
COUNTY OF HILLSBOROUGH §

BEFORE ME, the undersigned authority, did personally appear Eric S. Adams, who first being duly sworn deposes and says:

1. That I am a partner in the law firm of Shutts & Bowen LLP, counsel for Plaintiff, Mirabilis Ventures, Inc. ("Plaintiff"), am fully familiar with the instant action, and make this affidavit of my own personal knowledge and based upon the business records of Shutts & Bowen LLP.

2. The following is a true and correct itemization of the fees expended on behalf of Plaintiff as of March 28, 2011 in this action:

| Name | Position | Time (Hours) | Billable Hour Rate | Billable Value |
|---|---|---|---|---|
| Jack C. McElroy | Partner | 0.45 | $340.00 | $ 153.00 |
| Eric S. Adams | Partner | 28.05 | $356.22 | $ 9,993.00 |
| Lynn W. Sherman | Partner | 0.05 | $350.00 | $ 17.50 |

| Name | Position | Time (Hours) | Billable Hour Rate | Billable Value |
|---|---|---|---|---|
| Michael P. Silver | Associate | 25.10 | $251.79 | $ 6,342.75 |
| Adam S. Woodruff | Associate | 2.90 | $225.00 | $ 652.50 |
| Mary L. Eller | Paralegal | 0.25 | $170.00 | $ 42.50 |
| Michelle Patel | Paralegal | 5.40 | $135.74 | $ 733.00 |
| **TOTAL** | | **62.20** | | **$17,934.25** |

3. The following is a true and correct itemization of the costs advanced by Plaintiff or on its behalf in connection with the instant lawsuit:

| | |
|---|---|
| Filing Fees | $ 250.00 |
| TOTAL COSTS | $ 250.00 |

4. These fees and costs were incurred for services rendered in connection with bringing this action.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Eric S. Adams, Esq.

STATE OF FLORIDA            )
                            )
COUNTY OF HILLSBOROUGH      )

The foregoing instrument was acknowledged before me this 29th day of March, 2011 by Eric S. Adams who is personally known to me.

SHERYL D. HATFIELD
Commission # EE 023281
Expires October 23, 2014
Bonded Thru Troy Fain Insurance 800-385-7019

_____
NOTARY PUBLIC
State of Florida