**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 6:08-bk-04327-KSJ |
| Mirabilis Ventures, Inc., ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| _____) | |
| Mirabilis Ventures, Inc., ) | |
| ) | Adv. Pro. No: 6:09-ap-00813-KSJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| O2 HR, LLC, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR POST-JUDGMENT WRIT OF GARNISHMENT**

Plaintiff, MIRABILIS VENTURES, INC. ("Plaintiff"), by and through its undersigned counsel, and pursuant to Rule 7069 Fed.R.Bankr.P., Rule 69, Fed.R.Civ.P., and Sections 77.01, *et seq.*, Florida Statutes, respectfully moves this Court for the issuance of a writ of garnishment against Garnishee, THRIVE HR AO, LLC; THRIVE HR FL1, LLC; and THRIVE HR SERVICES, LLC ("Garnishees"), and as grounds state:

1. Plaintiff holds a Judgment against Defendant, O2HR LLC ("Defendant"), in the original amount of $3,788,768.73, plus interest accruing at the rate of 0.19% from May 6, 2011 (the "Judgment").

2. The Judgment remains due and unpaid, together with post-judgment interest at the statutory rate and costs associated with this proceeding.

3. Plaintiff does not believe that the Defendant have sufficient property in their possession upon which a levy can be made to satisfy the Judgment.

4.     Plaintiff expects to recover a portion of the stated sum in this suit of garnishment and believes that Garnishees, with a principal address of 1715 East 9th Avenue, Tampa, FL 33605, has tangible or intangible personal property of Defendant in its hands, possession or control.

5.     On or about January 1, 2010, Garnishees entered into a Customer Purchase Agreement with Oxygen Unlimited, LLC ("O2HR Parent") wherein Defendant sold customer contracts associated with Defendant's professional employer services business.

6.     Defendant is a wholly owned subsidiary of O2HR Parent.

7.     Pursuant to the terms of the January 2010 Customer Purchase Agreement, Garnishees are obligated to make monthly payments to O2HR Parent for the purchase price, through February 2015.

8.     It is based upon this obligation to make monthly payments to the O2HR Parent that Plaintiff asserts this post-judgment garnishment motion.

9.     Florida Statutes § 77.01, provides that a "person or entity who has sued to recover a debt or has recovered judgment in any court against any person or entity has a right to a writ of garnishment."

WHEREFORE, Plaintiff, MIRABILIS VENTURES, INC., respectfully requests this Court issue a Writ of Garnishment providing for the turnover of the intangible or tangible property of the Defendant, O2HR, LLC, until the Judgment is satisfied, against the Garnishees, THRIVE HR AO, LLC; THRIVE HR FL1, LLC; and THRIVE HR SERVICES, LLC.

Dated this 13th day of May, 2011.

        */s/ Eric S. Adams*
        **ERIC S. ADAMS**
        Florida Bar No. 0090476
        eadams@shutts.com
        **MICHAEL P. SILVER**
        Florida Bar No. 0868701
        msilver@shutts.com
        SHUTTS & BOWEN LLP
        100 South Ashley Drive, Suite 1500
        Tampa, Florida 33602
        Telephone: (813) 229-8900
        Facsimile: (813) 229-8901
        *Attorneys for Mirabilis Ventures, Inc.*