**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 6:08-bk-04327-KSJ |
| Mirabilis Ventures, Inc., ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| Mirabilis Ventures, Inc., ) | |
| ) | Adv. Pro. No: 6:09-ap-00813-KSJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| O2 HR, LLC, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING PLAINTIFF'S**
**UNOPPOSED MOTION TO DISSOLVE WRIT OF GARNISHMENT**

THIS PROCEEDING came before the Court for a pre-trial conference on January 26, 2012, on Plaintiff Mirabilis Ventures, Inc.'s ("Plaintiff") Writ of Garnishment Issued on Thrive HR AO, LLC (Doc. No. 66), Plaintiff's Writ of Garnishment Issued to Thrive HR FL 1, LLC (Doc. No. 67), Plaintiff's Writ of Garnishment Issued on Thrive HR Services, LLC (Doc. No. 68) (collectively, the "Writs of Garnishment") and the respective Answers of Garnishee filed by Thrive HR Services, LLC (Doc. No. 69), Thrive HR FL 1, LLC (Doc. No. 70) and Thrive HR AO, LLC (Doc. No. 71). In addition, prior to the pre-trial conference, Plaintiff filed its Unopposed Motion to Dissolve Writs of Garnishment (the "Unopposed Motion") (Doc. No. 79). The Court, having considered the Unopposed Motion and the aforementioned pleadings in this

matter, as well as noting the agreement of the parties as to the disposition of the Unopposed Motion, and for the reasons set forth in open court, finds that the Unopposed Motion is well taken and should be granted. Accordingly, it is

**ORDERED**:

1. The Unopposed Motion is hereby GRANTED on the terms set forth herein.

2. The Writs of Garnishment are hereby DISSOLVED.

3. The Clerk of Court is hereby ordered to distribute the sum deposited with the Clerk for attorneys' fees to Garnishees Thrive HR Services, LLC, Thrive HR AO, LLC and Thrive HR FL 1, LLC, pursuant to section 77.28, Florida Statutes.

**DONE** and **ORDERED** in Chambers at Orlando, Florida, on February 1, 2012.

*/s/ Karen S. Jennemann*
Karen S. Jennemann
Chief United States Bankruptcy Judge

Copies furnished to:

Eric Adams, Esq., Shutts & Bowen LLP, 4301 W. Boy Scout Blvd., Suite 300, Tampa, FL 33607;
Kathleen S. McLeroy, Esq., Carlton Fields, P.A., P.O. Box 3239, Tampa, FL 33601; and
O2 HR, LLC, 5050 W. Lemon Street, Tampa, FL 36093.