**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 6:08-bk-04327-KSJ |
| Mirabilis Ventures, Inc., ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ————————————————) | |
| Mirabilis Ventures, Inc., ) | |
| ) | Adv. Pro. No: 6:09-ap-00813-KSJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| O2 HR, LLC, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR AN ORDER DIRECTING THE CLERK OF**
**COURT TO ADMINISTRATIVELY CLOSE ADVERSARY PROCEEDING**

Plaintiff, MIRABILIS VENTURES, INC., by and through its undersigned counsel, hereby moves this Court for the entry of an order directing the Clerk of Court to administratively close the instant adversary proceeding, and in support thereof states as follows:

1.    On or about May 27, 2008, the Debtor, Mirabilis Ventures, Inc. ("Debtor") filed their voluntary petition for Chapter 11 of title 11, United States Code (the "Bankruptcy Code"), Case No. 6:08-bk-04327-KSJ (the "Bankruptcy Case").

2.    On or about June 30, 2009, Plaintiff, Mirabilis Ventures, Inc. ("Plaintiff"), instituted this adversary proceeding against Defendant, O2 HR, LLC ("Defendant").

3.    On or about May 5, 2011, this Court entered its Final Default Judgment against Defendant (the "Judgment") (Doc. No. 61).   The Judgment provided for the retention of jurisdiction in this Court for the entry of "such further orders as the Court deems just and

appropriate."

4.      By this Motion, Plaintiff seeks an order directing the Clerk of Court to administratively close this adversary proceeding until such time as Plaintiff requires further orders of this Court.

**WHEREFORE**, Plaintiff, MIRABILIS VENTURES, INC., respectfully requests the Court enter an order directing the Clerk of Court to administratively close this adversary proceeding, and for such other and further relief as this Court deems just and proper.

Dated: May 22, 2013.

> */s/ Eric S. Adams*
> **ERIC S. ADAMS**
> Florida Bar No. 0090476
> eadams@shutts.com
> **MICHAEL P. SILVER**
> Florida Bar No. 0868701
> msilver@shutts.com
> SHUTTS & BOWEN LLP
> 4301 W. Boy Scout Blvd., Suite 300
> Tampa, Florida 33607
> Telephone:  (813) 229-8900
> Facsimile:  (813) 229-8901
> *Attorneys for Mirabilis Ventures, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a copy of the foregoing has been provided ☒ First Class U.S. Mail Postage Prepaid: ☐ Facsimile; ☐ Hand Delivery and/or ☐ Electronic filing this 22nd day of May, 2013, to O2 HR, LLC, 5050 W. Lemon Street, Tampa, Florida 36093.

> */s/ Eric S. Adams*
> Eric S. Adams