

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/23/2013 10:15 AM

COURTROOM   6A, 6th Floor

**HONORABLE KAREN JENNEMANN**

| CASE NUMBER: | | FILING DATE: | |
|---|---|---|---|
| 6:08-bk-04327-KSJ | Chapter 11 | 06/30/2009 | |
| **ADVERSARY:** | 6:09-ap-00813-KSJ | **Pltf Atty:** | Damien H. Prosser |
| | | **Dft Atty:** | Michael C Addison |
| **DEBTOR:** | Mirabilis Ventures, Inc | | |

**HEARING:**

Mirabilis Ventures, Inc. v. O2 HR, LLC

MIRABILIS VENTURES, INC. -V- 02 HR, LLC
STATUS CONFERENCE
PLF ATTY: DAMIEN PROSSER
DEF ATTY: MICHAEL ADDISON
Note: Con't from 02/21/13
Final Judgment in Favor of Plaintiff (Doc #61) entered 5/5/11

**APPEARANCES:**:
Eric Adams (Plaintiff), Scott Shuker (Liquidating Debtor)

**RULING:**

Tagged for Audio Access

STATUS CONFERENCE:   Plaintiff's Motion for Order Directing Clerk to Administratively Close Adversary Proceeding (Doc #92): Granted.   Order by Adams
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.